

# NUMBER 13-20-00537-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

JOHNNY GONZALEZ,                                                                    Appellant,

## V.

THE STATE OF TEXAS,                                                                   Appellee.

---

### On appeal from the 347th District Court
### of Nueces County, Texas.

---

# ORDER ABATING APPEAL

### Before Chief Justice Contreras and Justices Benavides and Silva
### Order Per Curiam

This cause is before the Court because a reporter's record has not been timely filed in this matter. The reporter's record was originally due to be filed on February 1, 2021. On May 24, 2021, the Clerk of the Court notified appellant's newly appointed counsel that the court reporter, Sharon Rodriguez, informed the court that appellant has

failed to request the reporter's record. To date, the reporter's record has not been received nor has a response from appellant's counsel.

Accordingly, the Court abates and remands this cause to the trial court for further proceedings. The trial court shall make appropriate findings under Texas Rules of Appellate Procedure 34.6(f) and 35.3, if necessary. Otherwise, the trial court shall determine what steps are necessary to ensure the prompt preparation of a reporter's record and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
7th day of July, 2021.

2